This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40929

**BANK OF AMERICA, N.A.,**

      Plaintiff-Appellee,

v.

**RICHARD W. CAVENEE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and UNITED STATES OF AMERICA BY AND THORUGH THE SECRETARTY OF HOUSING AND URBAN DEVELOPMENT,**

      Defendants,

and

**EDWARD ARAMBULA,**

      Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Matthew Justin Wilson, District Court Judge**

McCarthy & Holthus, LLC
Katherine L. McCarthy
Albuquerque, NM

for Appellee

Edward Arambula
Albuquerque, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**HENDERSON, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**ZACHARY A. IVES, Judge**